ORIGINAL

1  josephinegalopeind

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

DEC 14 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00088 |
| Plaintiff, | **INDICTMENT** |
| vs. | **IMPORTATION OF METHAMPHETAMINE** |
| JOSEPHINE CARDINES GALOPE, | [21 U.S.C. §§ 952(a), 960 & 963] |
| Defendant. | |

THE GRAND JURY CHARGES:

Beginning on or about December 7, 2005, in the District of Guam and elsewhere, the defendant herein, JOSEPHINE CARDINES GALOPE, did knowingly and intentionally import into the United States from a place outside thereof, to-wit: the Philippines, over fifty (50) grams

//
//
//
//
//

net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a), 960 and 963.

DATED this 14th day of December, 2005.

A TRUE BILL.


Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

_____
KARON V. JOHNSON
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney