## Criminal Case Cover Sheet

**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____

**Related Case Information:**

**05-00088**

Superseding Indictment _____ Docket Number _____
Same Defendant _____ X _____    New Defendant _____
Search Warrant Case Number _____
R 20/ R 40 from District of _____

## Defendant Information:

Juvenile: Yes _____ No __X__    Matter to be sealed: _____ Yes _____ No

Defendant Name _____ Josephine Cardines Galope _____

Alias Name _____

Address _____

_____

Birthdate ____ SS# _____ Sex _F_ Race _A_ Nationality _Filipina_

## U.S. Attorney Information:

AUSA _Karon V. Johnson_____

**R**ECEIVE**D**

DEC 1 4 2005

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Interpreter: _____ No ___Yes    List language and/or dialect: _____

## Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

## U.S.C. Citations

Total # of Counts: ____1____    _____ Petty _____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 _21 USC 952(a), 960 & 963_ | Importation of Methamphetamine | 1 |
| Set 2 _____ | _____ | _____ |
| Set 3 _____ | _____ | _____ |
| Set 4 _____ | _____ | _____ |

(May be continued on reverse)

Date: _12/13/05_ Signature of AUSA: _Karon V Johnson_