# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Josephine Cardines Galope, <br><br> Defendant. | Case No. 1:05-cr-00088 *SEALED* <br><br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Trial Order and Order Setting Conditions of Release filed December 20, 2005*, on the dates indicated below:

*U.S. Attorney's Office*  *Anthony C. Perez*  *U.S. Probation Office*  *U.S. Marshals Service*
*December 21, 2005*  *December 21, 2005*  *December 21, 2005*  *December 21, 2005*
                                              *(Release Conditions only)*  *(Release Conditions only)*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Trial Order and Order Setting Conditions of Release filed December 20, 2005*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 21, 2005               /s/ Leilani R. Toves Hernandez
                                             Deputy Clerk