1    **LUJAN AGUIGUI & PEREZ** LLP
     Attorneys at Law
2    Pacific News Building, Suite 300
     238 Archbishop Flores Street
3    Hagåtña, Guam 96910
     Telephone (671) 477-8064/5
4    Facsimile (671) 477-5297

5    *Attorneys for Defendant*
     *Josephine Cardines Galope*
6

# FILED
DISTRICT COURT OF GUAM

DEC 2 8 2005 ap

MARY L.M. MORAN
CLERK OF COURT

7

8                **IN THE UNITED STATES DISTRICT COURT**

9                      **TERRITORY OF GUAM**

10

11   UNITED STATES OF AMERICA,              CRIMINAL CASE NO. 05-00088

12                          vs.

13                                          **ENTRY OF APPEARANCE**

14   JOSEPHINE CARDINES GALOPE,

15                      Defendant.

16

17          PLEASE TAKE NOTICE that the Law firm of LUJAN AGUIGUI & PEREZ LLP through

18   DAVID J. LUJAN, ESQ., enters its appearance as counsel for the Defendant JOSEPHINE

19   CARDINES GALOPE in the above-captioned matter.

20          Dated this 28th day of December, 2005.

21

22                                  **LUJAN AGUIGUI & PEREZ** LLP

23

24                          By: _____
                                 **DAVID J. LUJAN, ESQ.**
25                               *Attorneys for Defendant*
                                 *Josephine Cardines Galope*
26

27

28

ORIGINAL