LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Josephine C. Galope*

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00088 |
| vs. | **STIPULATION FOR CONTINUANCE** |
| JOSEPHINE C. GALOPE, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America through Karon V. Johnson, Esq. and Defendant Josephine C. Galope, through her counsel, Peter C. Perez, Esq., hereby stipulate to continue all dates set out in the Trial Order filed on December 20, 2005, to dates no earlier than forty-five (45) days. This continuance is requested by defense counsel, who has not received complete discovery, who is awaiting disclosure of further discovery, and who has requested disclosure of additional items from the Government. LUJAN AGUIGUI & PEREZ LLP submits additional time is required to effectively prepare for Defendant Galope's defense.

IT IS SO STIPULATED this 26th day of January, 2006:

**LUJAN AGUIGUI & PEREZ LLP**

_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Josephine C. Galope*

**LEONARDO M. RAPADAS**
United States Attorney

_____
**KARON V. JOHNSON, ESQ.**
*Assistant U.S. Attorney*