IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM
FEB -3 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00088**  **DATE: 02/03/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding | Law Clerk: Judith Hattori
Court Reporter: Wanda Miles | Courtroom Deputy: Virginia T. Kilgore
**Hearing Electronically Recorded:** 10:38:47 - 11:05:12 | CSO: J. Lizama / F. Tenorio

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***APPEARANCES**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: JOSEPHINE CARDINES GALOPE** | **ATTY : PETER C. PEREZ**
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R. | ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON | AGENT:

U.S. PROBATION: JUDY OCAMPO | U.S. MARSHAL: V. ROMAN / C. MARQUEZ

**PROCEEDINGS: CHANGE OF PLEA (SEALED)**

( X ) DEFENDANT SWORN AND EXAMINED: AGE: 35   HIGH SCHOOL COMPLETED: 12TH GRADE
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____  ( X ) STATUS HEARING: MARCH 16, 2006 at 2:00 P.M
( ) PRESENTENCE REPORT DUE TO PARTIES: _____   DUE TO COURT: _____

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( X ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

The Court addressed the government's motion filed today requesting to amend the plea agreement. Defense counsel had no objection to amending the plea. The Court stated that the changes will be made and the plea will be refiled according to the Court's standard operating procedure.

Defendant consented to enter her plea of guilty before a U.S. Magistrate Judge. The Court executed the report and recommendation concerning defendant's plea of guilty.