# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Josephine Cardines Galope, <br><br> Defendant. | Case No. 1:05-cr-00088 *SEALED* <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed February 3, 2006,* on the dates indicated below:

*U.S. Attorney's Office*          *Lujan, Aguigui & Perez, LLP*
*February 3, 2006*                 *February 6, 2006*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Consent to Rule 11 Plea in a Felony Case Before United States Magistrate Judge and Report and Recommendation Concerning Plea of Guilty in a Felony Case filed February 3, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 6, 2006                      /s/ Virginia T. Kilgore
                                             Deputy Clerk