# FILED

DISTRICT COURT OF GUAM

MAR - 7 2006 ᶜᵖ

## MARY L.M. MORAN
## CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff.<br><br>      vs.<br><br>JOSEPHINE C. GALOPE,<br><br>        Defendant. | CRIMINAL CASE NO. 05-00088<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS CONFERENCE** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging her with Importation of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 952 and 960, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for status conference on **March 16, 2006** at **2:00 p.m.**.

IT IS SO ORDERED.

DATED this 7th day of March 2006.

                      JAMES L. ROBART
                      District Judge

---

* The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.

ORIGINAL