# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> vs. <br><br> Josephine Cardines Galope, <br><br> Defendant. | Case No. 1:05-cr-00088 *SEALED* <br><br><br> **CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Status Conference filed March 7, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Lujan, Aguigui & Perez* | *U.S. Probation Office* |
|---|---|---|
| *March 8, 2006* | *March 8, 2006* | *March 8, 2006* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order Accepting Plea of Guilty and Adjudicating Guilt, and Notice of Status Conference filed March 7, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 8, 2006                              /s/ Leilani R. Toves Hernandez
                                                                          Deputy Clerk