LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00088 |
| Plaintiff, | ) |
| | ) **ORDER TO CONTINUE** |
| vs. | ) **STATUS HEARING** (1st Request) |
| JOSEPHINE C. GALOPE, | ) |
| Defendant. | ) |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for March 16, 2006, is hereby rescheduled to May 16, 2006, at 2:30 p.m.

March 16, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

ORIGINAL