FILED
DISTRICT COURT OF GUAM
MAY 16 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00088 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **RE: STATUS CONFERENCE** |
| JOSEPHINE C. GALOPE, | ) | |
| Defendant. | ) | |

Due to the scheduling needs of the Court **IT IS HEREBY ORDERED** that the status conference is continued from May 16 to May 19, 2006, at 9:30 a.m. before the Honorable Joaquin V.E. Manibusan, Jr.

**SO ORDERED**, this 16 day of May, 2006.

_____
JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.