
IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00088 |
|       Plaintiff, ) | |
|    vs. ) | |
| JOSEPHINE CARDINES GALOPE, ) | **ORDER** |
|       Defendants. ) | |

On May 19, 2006, the parties appeared before the Court for a Status Conference. Based on the Government's statements, the Court hereby unseals this case and sets this matter for sentencing on August 30, 2006, at 9:00 a.m. before the Honorable Ronald B. Leighton, United States District Judge for the Western District of Washington. The presentence report shall be provided to the parties no later than July 18, 2006. The parties shall file their responses to the presentence report no later than August 1, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than August 15, 2006.

SO ORDERED this 19th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge

**ORIGINAL**