ORIGINAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Josephine C. Galope*

**FILED**
DISTRICT COURT OF GUAM

AUG 21 2006 μbₑⁱ

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

UNITED STATES OF AMERICA,

vs.

JOSEPHINE C. GALOPE,

Defendant.

CRIMINAL CASE NO. CR05-00088

**MOTION TO CONTINUE SENTENCING**

Counsel for the Defendant respectfully moves this Honorable Court to continue the sentencing hearing currently scheduled for August 30, 2006 at 9:00 a.m. to a date one to three days later, or to a date thereafter convenient to the Court's schedule. This motion is based upon the Justification for Continuing Sentencing and the Government's Non-Opposition to Defendant's Motion to Continue Sentencing.

Respectfully submitted this 16th day of August, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By: _____

**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Josephine C. Galope*

G-0034/PCP:eol