**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Josephine C. Galope*
FILED
DISTRICT COURT OF GUAM
AUG 21 2006
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
AUG 21 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00088 |
| vs. | **JUSTIFICATION FOR CONTINUING SENTENCING** |
| JOSEPHINE C. GALOPE, | |
| Defendant. | |

Counsel for the Defendant provides the following justification to continue the sentencing currently set for August 30, 2006 at 9:00 a.m.:

1. Counsel is working a Ninth Circuit appellate brief in *United States of America v. Duane Calvo*, Appeal Docket No. 06-10118 (CR05-00016) which is due on August 28, 2006.

2. Counsel is clearing the week of August 21, 2006 to work exclusively on said brief.

3. The sentencing hearing for this matter is currently scheduled for August 30, 2006 at 9:00 a.m.

4. Counsel believes the requested continuance is necessary in order to provide effective assistance of counsel to Appellant Calvo and sentencing Defendant Josephine Galope.

5. Continuing the sentencing is requested in the interests of justice.

6. The Government has no objection to the continuance.

Page 1 of 2
*United States of America v. Josephine C. Galope*
Criminal Case No. CR05-00088
Justification to Continuing Sentencing

Case 1:05-cr-00088   Document 35   Filed 08/21/2006   Page 1 of 2

Respectfully submitted this 16th day of August, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: /s/ Peter C. Perez
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Josephine C. Galope*

G-0034/PCP:eol