LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Josephine C. Galope*

FILED
DISTRICT COURT OF GUAM
AUG 21 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00088 |
| vs. | **GOVERNMENT'S NON-OPPOSITION TO DEFENDANT'S MOTION TO CONTINUE SENTENCING** |
| JOSEPHINE C. GALOPE, | |
| Defendant. | |

**COMES NOW**, the United States of America, by and through Assistant United States Attorney Karon V. Johnson, Esq., and submits her Non-Opposition to Defendant's Motion to Continue Sentencing filed on August 16, 2006.

Respectfully submitted this 16th day of August, 2006.

**LEONARDO M. RAPADAS**
United States Attorney
Districts of Guam and NMI

By: _/s/ Karon V. Johnson_
**KARON V. JOHNSON, ESQ.**
*Assistant United States Attorney*

G-0034/PCP:eol

**ORIGINAL**