**LUJAN AGUIGUI & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant*
*Josephine Cardines Galope*

**FILED**
DISTRICT COURT OF GUAM
AUG 2 1 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPHINE CARDINES GALOPE,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00088<br><br>**DEFENDANT JOSEPHINE CARDINES GALOPE'S SENTENCING EXHIBITS, EXHIBIT A** |

Defendant, through counsel, submits the attached exhibits for this Honorable Court's consideration in sentencing the Defendant, as follows Exhibit A: Letters of support.

RESPECTFULLY SUBMITTED this 21st day of August, 2006.

**LUJAN AGUIGUI & PEREZ LLP**

By:_____
**PETER C. PEREZ, ESQ.**
*Attorney for Defendant Josephine Cardines Galope*

G-0034/PCP/wj

ORIGINAL

# EXHIBIT A

June 28, 2006


To:  Honorable Judge

Fr:  Josephine C. Galope

Your Honor,

I have no excuse for what I have done in behalf of my uncle Willy. Saying sorry is not going to make things right but if I could undo what I did –I would. Being the giving person that I am especially towards my family, I felt sorry for him, and took the wrong course that ended me here. He kept pleading for me to do this to help him out. I now know that I shouldn't have. What I've done not only caused great distress on myself but also upon my family. I should have really thought about the consequences but I was foolish. I have no excuse for my action but I've realized from studying the Bible with Jehovah's Witnesses what I must do to please Jehovah. For example in the book of Colossians 3: 9 & 10 says; 'Do not be lying to one another. Strip off the old personality with it's practices, and clothe yourselves with the new [personality], which through accurate knowledge is being made new according to the image of the One who created it.'
This helps me to see what I must do with the old Josephine's personality and replace it with the personality that is guided by Jehovah's word the Bible. I am now attending congregational meetings 5 times a week every Sundays, Tuesdays, and Thursdays regularly. I also have a personal home Bible Study every Wednesdays along with my husband Alex with Brother John and Sister Mae Martin on the book "What Does The Bible Really Teach?", and on Fridays I have my own personal Bible Study with Sister Mae Martin on the book "Draw Close To Jehovah". By studying God's word The Bible it has helped me to see that not only are we required to live by God's standards , principles and laws but we are also required to obey the laws of the land.

Just as I have asked Jehovah God for forgiveness, I now humbly ask for your forgiveness as well as those who I have wronged to forgive me also.


Respectfully,

Josephine C. Galope

**RECEIVED**

JUL 0 5 2006

LUJAN AGUILAR & PEREZ LLP
By: _____

Date:   June 20, 2006

Attn:   Carleen Borja
        U.S. District Court

  Re:   Josephine C. Galope

Dear Ms. Borja,

I'm writing this letter in behalf of my wife Josephine C Galope. We were married on May 10 1994 .We have been happily married for 12 years now. My wife is a loving, caring, kind and most of all a very helpful person to others.

For the 12 years of marriage we have no children of our own and so when her youngest sister Connie got pregnant at the age of 17, Josephine helped her with her doctors appointment, as well as her checkups and when Connie gave birth we helped her with her son Jairon to care for his medical needs and so we became his legal guardian in-order to care for him. And with her brother Ronie he needed help with his two sons in caring for them for their medical care and being that my wife Josephine is a loving and caring person she provided for their needs by being a legal guarding for them so that we can provide the needed care for Rylan and Raven. Her brother Ronie didn't have a job at the time and my wife Josephine is this type of person that would go out of her way to help others.

My wife and I have a total of five (5) children under our care and they are; Rylan, Raven, Jairon, Joshua and Ciara. This is just how my wife is, caring, loving and most of all giving.

I know that being imperfect human we make mistakes even though we might feel that we are trying to help others –I am not saying that what my wife did was right but I just want you all to know that I truly love her and care for her. And she is truly sorry for what she had done. She truly believed that she was helping a family member in need this is just how she is. No matter what happens we will face them together because I for one truly love her with all my heart. Please be forgiving towards us.

Respectfully,

Alejandro G. Galope Jr.

**RECEIVED**

JUN 2 7 2006

LUJAN AGUIGUI & PEREZ LLP

By:

10:40

Date: 06/22/06

To: Carleen Borja

From: Radames Alvaro

5536 Brownfield St.

Las Vegas NV 89148

Tel. No. (702) 597-5103

Cell No. (702) 606-3125


Subject: Personal Character of JOSEPHINE C GALOPE


In January 1993, I began to know then Josephine Cardines. Her mother Rose T Jasmin was my girlfriend at that time. Josephine is married to Alejandro Galope so now she is Josephine C Galope and her mother married to me now Rose J Alvaro and she became my stepdaughter. We were both married in 1994 and I was the Godfather in their marriage.

Josephine was then working at Bank of Guam. One day, I happen to meet a kababayan at Bank of Guam who happened to be a co worker of Josephine or Pina as she is fondly call for by friend and told me that I have a daughter who is not only kind but friendly as well. The complements I heard for Josephine is worth remembering considering what has been said is true.

In December of 1994 Josephine started working with Continental Air Micronicia. One of the privileges given in her work is to submit the name of her parent knowing that her biological father was very much alive it was expected that the mother and father will

be put on the list and enjoy the travel privilege as a dependent Pass. To my surprise, I was listed as the father.

To a big family, like ours there will always be an occasion/parties, Josephine will end up spending more than whoever has the occasion/parties. Josephine, for as far as I know is a wonderful and loving wife because I never heard them to have major arguments relating to their marriage life. In our daily expenses for foods and any other expenses she will never stop sharing and helping especially to the children's need as if they are her own kids. She is always there to help, a kind of person that if she can not help you can not see a wide range of happiness in her face.

She is humble, jolly and humorous. Times she will be telling a joke her laugh will make you laugh even if the joke is not funny. As to other people, Josephine is always there willing to help even if it is just the first time to know him/her. Without hesitation.

She is very much committed and dedicated to her work. When she is off in her work she prefer to stay home or bring the kids to the mall and do shopping. Her contentment and happiness is boost and concentrated to the family and friends and whatever achievement and accomplishment even without her saying you can see and feel that it is focus and dedicated to us. While basically her lifestyle was simple yet she has a big heart in helping and loving other people is what makes her a darling to all of us.

You can easily fall in love with Josephine the way she treat people, a down to earth kind of person.

We will be saddened for her in leaving us in the meantime but her loving and fondest memories that she has done for us is what makes us miss and love her.

000004

To the end, she may never be my real and biological daughter but for me it makes no difference and to say I Love her so much. I know and can say this for a fact that we live in one roof and live longer together than my two daughters.

Sincerely yours;

Radames C Alvaro

(Father)

**RECEIVED**

JUN 27 2006

LUJAN AGUIGUI & PEREZ LLP
By: _____

Date: June 22, 2006

Attn: Carlene Borja

Re: Josephine Galope

Dear Ms. Borja,

I am writing this letter in behalf of my sister-in-law Josephine Galope. I have known Josie for 6 years. Josie is a caring, loving, and unselfish person. She is everything a woman could wish for in a sister-in-law.

Josie has always done everything she could to help with my children. My husband Ronie was in and out of jobs for a couple a years and I was a stay at home mother. So Josie and Alex became guardians of our sons Rylan and Raven, to help care for them. She treated our sons like they were her own and did everything she could to provide for them. Josie plays a huge role in our son's lives. She has helped raise them since they were born. She is their second mother not just an aunt. It would affect them greatly if she was no longer a part of their lives. Rylan and Raven were raised with Josie always being there for them, without her they will be incomplete.

For as long as I've known Josie I always see her helping people not just me and my family. She is never selfish and all she would expect in return is friendship and love as well.

Respectfully Yours,

Ra??alyn Munoz.
(M) 688-0732

**RECEIVED**

JUN 27 2006

LUJAN AGUIGUI & PEREZ LLP
By: _____ 10:40

# RICARDO J. CARDINES

P.O. Box 27755
Barrigada. Guam 96921

June 25, 2006

Your Honor,

I know what had happened with my sister was wrong. No matter what happens I will always love and support her. Growing up with my sister Josephine, I have known her to be a loving and a caring person.

I love my sister for all the good times she has done for me. She ensured that her siblings like myself are taken care of before taking care of herself. She has numerous nieces and nephews whom she treats them as her own kids. Being that she does not have any of her own. During her free time she would take my kids Austin and Ashley as well as our nieces and nephews to the mall. My kids would rather go with her to the mall or to the movies than to go with me and my wife. When my sister would ask my kids to do something around the house you could consider it done. Everyone at home calls her "Pina" or "Auntie Pina" for the kids.

My sister has cared for me since I was about 16 years old until today. She made sure that I stayed out of trouble and that I graduated from high school. Now that I have a family of my own, she has taught me how to care for my kids the way she took care of me. She is caring because she is always there when I need help. When I needed someone to baby-sit my children she would watch them for me. I can always count on her to care for my kids when ever I am not around. I love my sister for who she is and what she has done for me in many ways word cannot describe.

Sincerely,



Signature



**RECEIVED**

JUN 27 2006

LUJAN AGUIGNI & PEREZ LLP
By: ꞩMB 1040

# BRENDA L. CARDINES

P.O. Box 27755
Barrigada, Guam 96921

June 25, 2006

To whom it may concern,

I am writing this letter to inform you that I have known Josephine Galope, my sister-in-law for 12 years now. I have known her to be a kind and caring individual person. With all the years that I was living with her, she has supported me many ways. Such as being around and caring for my children. When I was in need of help, she took me in as her family. She was always there when I needed someone to talk to and treated me like her own sisters. Most of all I am thankful to have her as my sister-in-law because all the support she has provided for me. I know what she has done was wrong but we all make mistakes. No matter what happens to her I will always support and be there for her just like what she has done for me.

Sincerely,

Signature



**RECEIVED**

JUN 27 2006

LUJAN AGUIGAR & PEREZ LLP
By: _____
1040

June 26, 2006

Dear Sir / Madam,

My name is Caroline Cardines. I am Josephine Galope's older sister. I have listed below to inform your office of my sister:

- Josephine Galope is:
  - loving
  - caring
  - very sociable
  - friendly
  - loves kids
    - guardian to my 2-3 nephews
  - have a big heart
  - funny
  - comedian of the family
  - dedicated worker formerly at Continental Airlines (10yrs+ service)
  - enjoys doing independent marketing businesses such as Princess House, Passion, Mary Kay, etc.

Should you need additional information, I may be reached at work 479-9050 8am-6pm or home 632-3556 after 6pm.

Thank you,

Caroline Cardines
P. O. Box 27755
Barrigada, Guam 96921
Home: 632-3556
Mobile: 688-2359
Work: 479-9050

**RECEIVED**

JUN 27 2006

LUJAN AGUIGUI & PEREZ LLP
By:

July 2, 2006


Carleen Borja
U. S. District Court
Hagatna, Guam


RE: Josephine C. Galope


Dear Ms. Borja;


Greetings! My name is Rose Alvaro and I am writing in behalf of my daughter, Josephine C. Galope. I have 7 grown children. Josephine is the third child. I was a single parent when my children were growing up. Life was hard but yet we managed to survive.

Amazingly, each child is gifted with different personalities and qualities that make the family more enjoyable. I admired Josephine's love for her family. She is kind and generous. I am blessed to have Josephine because she was a big help financially to the family. She was a hard worker. I thought at first I lost a big helper when she got married but she was still the same. She is always there for the family. This made her more endeared to me because of her fine qualities. She is also a good and supportive wife to Alex Galope, worthy to be cherished.

I may not be the perfect mother but I tried my best to up bring my children in a godly way. Currently, I am studying the bible with Jehovah's Witnesses and trying to do the accepted things in my life according to the bible. Josephine and her husband are the doing the same, studying the bible. Even how much we try to be good, our sinful inclinations and thoughts would overreach us. I am terribly sorry of what my daughter Josephine had done. It hurts me so much. I was more mindful of God's feelings as well as to the authorities towards the wrong doing she committed. I hate the wrong doing she had done but not Josephine as a person. She is my daughter, no matter what. I love her as the rest of my children. I promise I am on her side to support her on her ordeal.

In view thereof, I humbly beg your forgiveness and humbly ask your kindest consideration be extended on her behalf. Thank you in advance for your kind consideration upon my request.


Very respectfully yours,


Rose J. Alvaro

Rose J. Alvaro

RECEIVED

JUL 0 5 2006

LUJAH AGUIGUI & PEREZ LLP
By: _____ 11:22

July 4, 2006

To Whom It May Concern:

I am writing this letter of character on behalf of my sister and friend, Josephine C. Galope. My sister is like a needle in a hay stack. A very rare person, she is caring, considerate, and most of all loving to her family and peers, especially to my three children, nieces, and nephews.

Our relationship among our brothers and sisters is just like any other normal family. We have our little arguments, we say some things in the heat of the moment, but we all know that we don't mean it. It is all good. We are all not perfect.

My sister Josephine is so caring and loving because not too long ago, just this past May 23, 2006 to be exact. I had to undergo surgery, and I was so worried that if I go who would take care of my three children. Well, my sister, Josephine, volunteered to watch over my three children while my wife and I flew to Hawaii for my surgery, now that's what I call a life saver.

In closing, I would like to say that my sister and friend Josephine Galope is not a bad person and not at all a danger to society. She just made the wrong mistake, wrong choice, before passing a judgment down on my sister and friend, please have sympathy and compassion for her and for the wrong choice she made. Thank You.

Sincerely,

Edgar Cardines

**RECEIVED**

JUL 0 5 2006

LUJAN AGUIGUI & PEREZ LLP
By: _____ 11:22

To whom to it may concern,

I am writing in behalf of my sister, Josephine Galope. She's my best friend and my second mother. There are two qualities that define her: a free-spirited and independent person.

She's a free-spirited person because she always had the ear to listen to me and had the hand to help me out in every way she can. She always found a way to make me smile. She's has a big heart. She helped me out with getting my life in the right track. Without her, I would be a nobody. She played a big role of being my second mother since I grew up without a father.

Second of all, she's very independent. She manage to live her life and at the same time, help people out such as myself. Considering that she's a very independent person, I choose her to be the guardian for my children because I know that she'll take good care of them emotionally and physically.

Overall, my sister is full of laughter and love. There was so many good and bad times, but we both would smile in the end. I love her dearly..

Sincerely,

Conie Cerezo
7/7/2006

To whom it to may concern,

I am writing in regards of my sister-in-law, Josephine Galope. For all the years that I've known her, there is one word that describes her: A Strong- Willed Person.

Josephine is the type of person that will always give in. She will always find a way to help people such as myself and my family. She puts people first such as my children before she gives in to herself. Her heart is so big. We always have good times together.

Since Josephine don't have children, I've observed that she treats all of her nephews and nieces like they're her own. She can play and act silly with them. And most of all, she teaches them the good things in life such as having respect.

Other than her, her husband, Alejandro, are such wonderful people. They are full of laughter that I adore them so much.

7/7/06

Julvic Jermain S. Golveo

000013

**HONORABLE JUDGE**
District Court Of Guam

July 17, 2006

**Dear Most Honorable Judge:**

My Name is Officer Anthony A. Demapan / # 655. I have served our Island faithfully as a Police Officer for the last seven years. I would like to appeal to your sense of compassion and heart on behalf of a very sincere friend – Mrs. Josephine Galope.

I have known Mrs. Galope for more than eight years. She is a good individual without added immense negative influences. She has fallen from grace under present circumstances and is fully aware of her actions and its consequences, and is more than ready to undergo her sentencing without question.

I humbly, and respectfully implore and ask that you consider a lighter sentence based on her willingness to cooperate during her arrest, and trial. Mrs. Galope does not pose as a societal threat – in personal respect, she is routinely a hard worker, a very caring Daughter, and a devoted Wife. She is in remorse – her life is in ruin and she now must serve her term; I only ask that you consider the turmoil on behalf of her Family, and what they must now go through without her support and direct contact. Kindly consider my service and concern for Mrs. Galope when you sentence her, as I will be most eternally grateful.

Very Respectfully,

**ANTHONY A. DEMAPAN**
Traffic Investigator
GUAM POLICE DEPARTMENT
Highway Patrol Division

AAD
PO BOX 25046
Barrigada, Guam 96921

000014

Date: June 16, 2006

Attn: Carleen Borja
District Court of Guam

Re: Josephine Galope

Carleen,

This letter is in regards to Josephine Galope and my character witness of her.
Although I've known Josephine for about 16 years she has always been a person who is very generous in extending herself for others. She has great passion for her family and given her own siblings financial support in raising their children as her own.
The last couple of months that I've been visiting her, I've witnessed dramatic changes in her which has been for the good. The reason I can honestly say this is that I'm one of Jehovah's Witnesses and I've been studying the bible with her and can see how much appreciation she has for not only the bible's principles but for our Creator Jehovah and this has given her untold peace despite the great weight she has to undergo with her trial.
We are constantly gathering together for meetings in which she is very regular in attending.
Sunday = 2hours Public discourse + Watchtower study
Tuesday=1 hour Book Study
Wednesday= 1 hour    Josephine and her husband studying along with my husband and myself
Thursday= 2 hours Theocratic School and Kingdom Ministry School
Friday= 1 hour personal bible study with me
This has been her routine for the past months.

With her schedule so busy with Spiritual matters she has mentioned how much appreciation she has for our Creator and has expressed her desire to be baptized. She has shown me numerous articles and printed research she has done to continue to learn and progress in her study of the bible.

She has mentioned about her situation and is genuinely remorseful. Through her study of the bible she has realize the truthfulness found in the Bible in Hebrews 4:12 "12 For the word of God is alive and exerts power and is sharper than any two-edged sword and pierces even to the dividing of soul and spirit, and of joints and [their] marrow, and [is] able to discern thoughts and intentions of [the] heart.

If you have any questions – please don't hesitate to give me a call @ 6476557 or @ 727-3269.
I sincerely hope this letter has given you a better understanding of the kind of person Josephine is, the qualities she possesses and how she has deep regards for wanting to be of service and help to others.

Regards,

Maridan Martin

**RECEIVED**

JUN 27 2006

LUJAN AGUIGUI & PEREZ LLP
By: AMS 10:40

Date: June 16, 2006

To: Mrs. Carlene Borja

From: Mrs. Dermang C.E. Soaladaob

RE: MRS. JOSIE GALOPE

Mrs. Borja,

Greetings, I'd like to write a brief letter to vouch for the character of a close friend, Josie. I consider myself blessed at every occasion that I am able to present in her company. We worship the same true God JEHOVAH and this has brought us closer than any other single thing can. My family has had the privilege of associating at least three times a week with Josie, Alex and the kids. We have also witnessed first hand the appreciation Josie displays for all the good blessings in her life now. Studying and learning the truth of God's word has certainly brought a peace and joy into the life of Josie that I am glad to be a part of.

There is not one who does not sin. Yet, when we do make a mistake, help can be found. Josie has flourished due to the fact that she has accepted help, discipline and comfort from God's Word. She has also surrounded herself around people who exhibit true peace, stability and unconditional love in their everyday lives and this good association promotes good habits. Millions of lives are being transformed worldwide due to the knowledge and discipline of Scriptural principles. Unlike any other program, bible education holds those who peer into the word of God and adhere to its principles to a higher standard. Thus, obedience is required not only when secular authority is around, but at *all* times. For we realize that Jehovah is seeing and knowing all matters and nothing under the heavens is hidden from His view.

I hope you will consider what effects the foregoing has had on the life of Josie. I know bible truth is changing the life of Josie not by mere word of mouth but by the evidence I myself witness every day, every week. Sometimes all that is needed in readjusting a person is a spirit of mildness, even with one who commits a serious error. While clearly understanding why a specific conduct is unacceptable and knowing it must be avoided in the future, oftentimes, those in authority do well to consider that it is the wrong conduct, not the person who is bad. I do hope you see the good in Josie and consider her own efforts in trying to change and come back to her senses despite the circumstances.

I am always available at the numbers below and will be more than happy to speak to any who need additional information.

Sincerely,

Dermang C.E. Soaladaob
H:633-1305/C:878-8270



leonardo
01/29/02

RECEIVED

JUN 27 2006

June 18, 2006

To Whom It May Concern:

My name is John Martin and I am a Ministerial Servant for the North Guam Congregation of Jehovah's Witnesses. I am writing this letter in regards to Josephine Galope. I have been studying the Bible with her and her husband since January 2006. She has been very regular in her Bible study schedule as well as attending all of our meetings which are held on Tuesday for our congregation book study, Wednesday –I study with her and her husband, Thursday –our congregation Theocratic Ministry School as well as our Service Meeting, Friday –she studies with my wife, and Sundays meetings –Public Talk as well as the Watchtower Study. Aside from being regular at the meetings and personal studies of the Bible I have notice her applications of what she is learning. For example God's command found in Ephesians 5 that in order for us to have an approve standing before Jehovah we need to get rid of our old personality and put on the new one that is approved by Jehovah. Not only does Josephine display her willingness to please Jehovah by applying what she has learned from the Bible but also her desire to live by Jehovah's laws found only in his word the Bible. If you need further information in regards to her scriptural application and changes you may contact me.

Respectfully

John Martin
Ministerial Servant
North Guam Congregation
Jehovah's Witnesses
(671) 477-0431

RECEIVED

JUN 2 7 2006

LUJAN AGUIGUI & PEREZ LLP
By: _CMS 10:40_

# NORTH GUAM CONGREGATION

143 Jehovah Street, Barrigada, Guam 96913

June 18, 2006

Attention:
**Ms. Carleen Borja**

### *STATEMENT OF SUPPORT*

THIS IS TO CERTIFY that **Mrs. Josephine Galope** has been regularly atttending meetings at the Kingdom Hall of Jehovah's Witnesses since January 2006. She also has been receiving private Bible instruction twice a week from Mr. & Mrs. John Martin, who are members in good standing of our congregation.

I will be happy to vouch for Josie's conduct during the period of time that she has associated with us. Please feel free to contact me at the number below.

Buce K. Cook

Presiding Overseer
North Guam Congregation of Jehovah's Witnesses
632-0429 ext. 113 or 127

**RECEIVED**

JUN 27 2006

LUJAN AGUIGUI & PEREZ LLP
By: CBMS 10:40

July 2, 2006


Carleen Borja
U.S. District Court

Re: Josephine C. Galope

Dear Ms. Borja:

Greetings! My name is Gloria Gabriel. I had this privilege to say something about Josephine Cardines Galope which I fondly call her Pina. I have been a resident in Guam for 24 years now and that's how long I have known Pina. She was like a daughter to me. I used to study the bible with her when she was a teenager.When Pina gets naughty and conducts herself against bible principle I would reproved her and give scriptural counsel. She would always try her best to abide godly principles. I lost tract of her when she moved to the States then next thing I knew she got married.

From time to time, I would see her at her house to encourage her and her husband, Alex to continue studying the bible. They were just both busy but occasionally they would come to the Kingdom Hall to attend meetings. During these times, I don't see any misbehavior or misconduct on Pina. I knew she was a devoted wife to Alex that contributed to their happy marriage. Besides, she was always there to support her mother and siblings emotionally and financially as well.

"For we all stumble many times. If anyone does not stumble in word, this one is a perfect man,able to bridle also his whole body." (James 3:2) Of course, we do not condone wickedness for God hates wickedness. But because of our sinful state we do commit mistakes at times and regretted it afterwards. Also, we are living in this world that is under the control of the wicked one, Satan, which makes it hard for us to fight the tendency of committing a sin. It's really a struggle. "Miserable man,that I am" said the apostle Paul. (Ro. 7:24) For me, Pina did not really had the intention to be wicked but was caught into wrong association that resulted to committing things against the law. She humbly acknowledged her mistakes and regretted it so badly what she had done. True repentance is totally stopping of all the bad things we committed by word and in deed.

In view thereof, I humbly ask your kind consideration and favorable action be granted towards her. Looking forward for your kind attention on this matter. Thank you.

Very sincerely yours,

Gloria L. Gabriel

000019

RECEIVED

JUL 0 5 2006

LUJAN AGUIGAN & PEREZ LLP
By: _____