LUJAN AGUIGUI & PEREZ LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Josephine C. Galope*

**FILED**
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>JOSEPHINE C. GALOPE,<br><br>Defendant. | CRIMINAL CASE NO. CR05-00088<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING** |

Whereas, the Defendant Josephine C. Galope's Motion to Continue Sentencing was filed on August 16, 2006 and

Whereas, the Court having reviewed the record of the proceedings and papers filed herein, and being fully apprised in the premises, NOW THEREFORE,

**IT IS HEREBY ORDERED** that the Motion to Continue Sentencing is hereby granted. The sentencing hearing previously set for August 30, 2006, shall be continued to August 31, 2006, at 9:00 a.m.

Dated: August 23, 2006

**RONALD B. LEIGHTON**
Designated Judge
District Court of Guam

G-0034/PCP:eol

**ORIGINAL**