**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-05-00088-001                          DATE: August 31, 2006

HON. RONALD B. LEIGHTON, Designated Judge, Presiding
Law Clerk: Greg Leever                  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore   Electronically Recorded: 9:03:34-9:05:39; 9:40:33-10:03:31
CSO: J. McDonald / P. Taijeron                            (Sealed 9:05:40-9:40:32)

**APPEARANCES:**
Defendant: Josephine Cardines Galope          Attorney: Peter C. Perez
☑ Present ☐ Custody ☐ Bond ☑ P.R.             ☑ Present ☑ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson  U.S. Agent: Erwin Fejeran, Immigration and Customs Enforcement
U.S. Probation: Carleen Borja  U.S. Marshal: G. Perez / C. Marquez
Interpreter:                    Language:

**PROCEEDINGS: Sentencing**
- Court stated the appropriate offense levels.
- Defense counsel's oral motion for mitigating role adjustment <u>denied</u>.
- Government's oral motion for a one-level downward departure <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>96 months.</u>
- Court recommendation to the Bureau of Prisons: <u>Incarceration in the Western United States.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>5 years</u>, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: