UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | John W. San Nicolas II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

**FILED**
DISTRICT COURT OF GUAM
SEP -7 2006
MARY L.M. MORAN
CLERK OF COURT

[ ] Original Notice    [X] Notice of Disposition

| | | | |
|---|---|---|---|
| Date: | December 8, 2005 | Date: | August 31, 2006 |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | Ronald B. Leighton<br>Designated U.S. District Judge |

| | | | |
|---|---|---|---|
| Defendant: | GALOPE, Josephine Cardines | Case Number: | USDC CR CS. NO. 05-00088-001 |
| Date of Birth: | XX-XX-1970 | Place of Birth: | Tamuning, Guam - USA |
| SSN: | XXX-XX-7285 | | |

**NOTICE OF COURT ORDER** (Order Date: __December 8, 2005__)

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[X] The above-named defendant surrendered Passport Number __XXXXXXX__ to the custody of the **U.S. District Court on Guam.**

### NOTICE OF DISPOSITION

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[X] Defendant convicted.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    [ ] Not Convicted - Document returned to defendant.
    [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    [X] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)