| | |
|---|---|
| 1<br>2<br>3<br>4 | **LUJAN AGUIGUI & PEREZ** LLP<br>Attorneys at Law<br>Pacific News Building, Suite 300<br>238 Archbishop Flores Street<br>Hagåtña, Guam 96910<br>Telephone (671) 477-8064/5<br>Facsimile (671) 477-5297 |

*Attorneys for Defendant*
*Josephine Cardines Galope*

**FILED**
DISTRICT COURT OF GUAM

SEP 13 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00088 |
|---|---|
| vs. | |
| JOSEPHINE CARDINES GALOPE, | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |
| Defendant. | |

Pursuant to Rule 4(b), Fed.R.App.P., JOSEPHINE CARDINES GALOPE appeals to the Ninth Circuit Court of Appeals the final judgment and sentence entered in this action August 31, 2006.

Pursuant to Rule 3(e), Fed.R.App.P., contemporaneously with the filing of this Notice of Appeal, JOSEPHINE CARDINES GALOPE paid to the Clerk of the United States District Court, District of Guam, the requisite filing fee of Four Hundred Fifty Five Dollars ($455.00).

Dated this 13th day of September, 2006.

LUJAN AGUIGUI & PEREZ LLP

By: _____
**PETER C. PEREZ, ESQ.**
*Attorney for Josephine Cardines Galope*

G-0034A/0245/PCP/dmg

Case 1:05-cr-00088    Document 46    Filed 09/13/2006    Page 1 of 2

# PROOF OF SERVICE

I, certify that on the 13th day of September, 2006, I caused a copy of the foregoing Notice of Appeal to be served upon:

> Karon Johnson, Esq.
> Assistant U.S. Attorney
> **Office of the U.S. Attorney**
> 108 Hernan Cortez Avenue
> Hagåtña, Guam 96910
> Telephone Number: (671) 472-7332
> Facsimile Number: (671) 472-7215

Service was accomplished by a delivery of a copy of the Notice of Appeal by messenger to the above-named person at the above named address.

Dated this 13th day of September, 2006.

_____
PETER C. PEREZ, ESQ.

*G-0034A/0245/PCP/dmg*

2

USA v. Josephine Cardines Galope
Criminal Case Number CR05-00088
Notice of Appeal

Case 1:05-cr-00088   Document 46   Filed 09/13/2006   Page 2 of 2