UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
SEP 18 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOSEPHINE C. GALOPE<br>Defendant. | CRIMINAL CASE NO. 05-00088-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer John W. San Nicolas II, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this _____ day of September 2006.

JOHN W. SAN NICOLAS II
U.S. Probation Officer

## ORDER

On the application of U.S. Probation Officer John W. San Nicolas II, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Josephine C. Galope.

Dated this 18th day of September 2006.

HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge
District of Guam

RECEIVED
SEP -7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL