UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSEPHINE CARDINES GALOPE,<br><br>Defendant - Appellant. | No. 06-10567<br>D.C. No. CR-05-00088-RBL<br><br>JUDGMENT <br>DISTRICT COURT OF GUAM<br><br>SEP 1 7 2007<br><br>JEANNE G. QUINATA<br>Clerk of Court |

Appeal from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the USDC - UNITED STATES DISTRICT COURT OF GUAM (HAGATNA) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/21/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

SEP 12 2007

by:
Deputy Clerk

FILED

AUG 21 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10567 |
| Plaintiff - Appellee, | D.C. No. CR-05-00088-RBL |
| v. | |
| JOSEPHINE CARDINES GALOPE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Guam
Ronald B. Leighton, District Judge, Presiding

Submitted August 13, 2007[**]

Before:  KLEINFELD, SILVERMAN, and M. SMITH, Circuit Judges.

Josephine Cardines Galope appeals from the 96-month sentence imposed by the district court after she pled guilty to importation of methamphetamine, in

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

violation of 21 U.S.C. §§ 952(a) and 960. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

We disagree with Galope's challenge to the obstruction of justice enhancement, because her admitted lie to law enforcement officers obstructed their ability to further investigate any other participants in Galope's drug importation offense. *See United States v. Ancheta*, 38 F.3d 1114, 1118-19 (9th Cir. 1994).

Galope also contends that she was entitled to a mitigating role adjustment. We conclude that Galope has not met her burden of proof, and that the district court did not clearly err by declining to impose this adjustment. *See United States v. Cantrell*, 433 F.3d 1269, 1282-84 (9th Cir. 2006).

We further conclude that the district court did not clearly err by adopting the facts set forth in the presentence report. *See id.* at 1279.

We decline to address Galope's contention that the district court relied upon materially false or unreliable evidence, because she did not object to the district court's use of this evidence at the sentencing hearing. *See United States v. Smith*, 905 F.2d 1296, 1302 (9th Cir. 1990).

**AFFIRMED.**

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

SEP 12 2007

by
Deputy Clerk