January 16, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**FILED**
DISTRICT COURT OF GUAM
JAN 23 2008 
JEANNE G. QUINATA
Clerk of Court

**District Court/Agency:** USDC Guam
**Lower Court Number:** CR-05-00088-RBL
**Appeal Number:** 06-10567
**Short Title:** USA v. Galope

**Volumes**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Clerk's Records in:** | 1 | | | 0 | Certified Copy(ies) | | |
| **Reporters Transcripts in:** | 0 | | | | | | |
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 1 | Other | Envelope Of SEALED Documents | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

TEL: (671) 473-9100
FAX: (671) 473-9152

March 27, 2007

Ms. Cathy Catterson
OFFICE OF THE CLERK
U.S. COURT OF APPEALS
 FOR THE NINTH CIRCUIT
95 Seventh Street
P.O. Box 193939
San Francisco, California 94119-3939

**Attn: Records Department**

Re:   **C.A. No. 06-10567**
      **D.C. No. CR-05-00088**
      **UNITED STATES OF AMERICA**
            - vs -
      **Josephine Cardines Galope**

Dear Ms. Catterson:

In reference to the above-entitled matter, forwarded is the record transmittal form consisting of the following:

- Record on Appeal **(One Volume)**
- Reporter's Transcript **(Included With Record on Appeal)**
- Sealed Documents **(One Envelope)**
- Docket Sheet

FILED
APR 0 4 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Sincerely,

Walter M. Tenorio
Deputy Clerk

Enclosures

**NOTE: Please return documents when finished. Please acknowledge receipt on attached letter.**